

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:        Loretter Brock v. Yanwei Cen

Appellate case number:     01-18-00337-CV

Trial court case number:   1106584

Trial court:                County Civil Court at Law No. 3 of Harris County

Date motion filed:          September 28, 2018

Party filing motion:        Appellant


It is ordered that the motion for rehearing is **denied**. *See* TEX. R. APP. P. 49.3, 49.5.


Judge's signature: /s/ Sherry Radack
                        Acting for the Court

Panel consists of: Chief Justice Radack and Justices Brown and Caughey.


Date: October 25, 2018